**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**VESTIN LEE BURNS,**

    **Plaintiff,**

**v.**                                   **Case No.  3:26-cv-3366-TKW-ZCB**

**ESCAMBIA COUNTY JAIL,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a plausible claim for relief.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED with prejudice under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief can be granted.

3.      The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE AND ORDERED** this 1st day of May, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Page 2 of 2